AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Jonathan R. MEJIA, a/k/a, "Miguel Ridriguez Figueroa," a/k/a "Conejo,"<br><br>*Defendant(s)* | Case No.   20-mj-1237-DLC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2020__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Distribution of and Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Task Force Officer Felix A. Figueroa

☒ Continued on the attached sheet.

/s/ Felix Figueroa       DLC
*Complainant's signature*

Felix A. Figueroa, TFO, DEA
*Printed name and title*

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1

Date: 7/20/2020

*Judge's signature*

City and state: Boston, MA     Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*